# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOYCE VICKERY, | Case No.: 2:23-cv-00137-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| DEMETRIC DANARD SOLOMON, | |
| Defendant | |

I ORDER that defendant Demetric Solomon's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the defendant's citizenship as required by the amendment to that rule.

I FURTHER ORDER that defendant Demetric Solomon's must file a proper certificate of interested parties by May 16, 2024.

I FURTHER ORDER that plaintiff Joyce Vickery must file a certificate of interested parties by May 16, 2024.

DATED this 2nd day of May, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE