1  COLIN P. CAVANAUGH
Nevada Bar No. 13842
2  KEVIN T. STRONG
Nevada Bar No. 12107
3  ANGELA M. LEE
4  Nevada Bar No. 14905
SHANNON M. WILSON
5  Nevada Bar No. 13988
6  **PRINCE LAW GROUP**
10801 W. Charleston Boulevard, Suite 560
7  Las Vegas, NV 89135
Tel: (702) 534-7600
8  Fax: (702) 534-7601
9  Email: eservice@thedplg.com
-And-
10 ALEX J. DE CASTROVERDE
Nevada Bar No. 6950
11 ORLANDO DE CASTRVERDE
12 Nevada Bar No. 7320
**DE CASTROVERDE LAW GROUP**
13 1149 South Maryland Pkwy
14 Las Vegas, NV 89104
Tel: 725-241-5730
15 Fax: 702-383-8741
E-Mail: orlando@decastroverdelaw.com
16 *Attorneys for Plaintiff*

17                              **DISTRICT COURT**
                              **CLARK COUNTY, NEVADA**
18

| | |
|---|---|
| 19  JOYCE VICKERY, an individual, | |
| 20         Plaintiff, | CASE NO.:  2:23-cv-00137-CDS-BNW |
| 21  vs. | **STIPULATION AND ORDER TO STAY PROCEEDINGS** |
| 22 | |
| 23  DEMETRIC DANARD SOLOMON, an individual; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, | |
| 24 | |
| 25         Defendants. | |

26

27     **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties

28  hereto, through their undersigned counsel of record, as follows:



Page **1** of **3**

1  Due to the tragic events on April 8, 2024, at the Prince Law Group, which
2  ultimately led to the untimely passing of Plaintiff's counsel, Mr. Prince, the parties
3  stipulate that the above-referenced action shall be stayed for 90 days. A temporary stay
4  of proceedings is necessary to allow Prince Law Group time to navigate the aftermath of
5  this incident and to ensure that Plaintiff's interests are protected. Accordingly, the
6  parties stipulate that all proceedings in this case shall be stayed 90 days to allow for
7  resolution of the issues arising from Mr. Prince's passing.

8  The parties shall confer and submit a stipulation to the court with a proposed
9  new pre-trial and discovery deadlines.

10 **IT IS SO STIPULATED.**

11 DATED May 2nd, 2024.                                DATED May 2nd, 2024.

12 **PRINCE LAW GROUP**                            **LEWIS BRISBOIS BISGARRD & SMITH, LLP**

13
   */s/ Kevin T. Strong*                            */s/ Michael R. Smith*
14 _____                   _____
15 COLIN P. CAVANAUGH                               MICHAEL R. SMITH
   Nevada Bar No. 13842                             Nevada Bar No. 12641
16 KEVIN T. STRONG                                  6385 S. Rainbow Blvd, Suite. 600
   Nevada Bar No. 12107                             Las Vegas, NV 89118
17 ANGELA M. LEE                                    *Attorneys for Defendant*
   Nevada Bar No. 14905
18 SHANNON M. WILSON
19 Nevada Bar No. 13988
20 10801 W. Charleston Blvd., Suite 560
   Las Vegas, NV 89135
21 Attorneys for Plaintiff

22
23
24
25
26
27
28



**ORDER**

IT IS SO ORDERED.

Based upon the foregoing stipulation of counsel and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED: the above-referenced matter is stayed for 90 days.

The parties are requested to confer and submit a stipulation by August 15, 2024, with a proposed new pre-trial and discovery deadlines.

DAED: May 3, 2024

_____
UNITED STATES DISTRICT JUDGE