1  TRACY A. EGLET, ESQ.
   Nevada Bar No. 6419
2  ARTEMUS W. HAM, IV., ESQ.
3  Nevada Bar No. 7001
   EGLET ADAMS EGLET HAM HENRIOD
4  400 South 7th Street, Suite 400
   Las Vegas, Nevada 89101
5  Tel.:   702-450-5400
6  Fax:    702-450-5451
   eservice@egletlaw.com
7  *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOYCE VICKERY, AN INDIVIDUAL, | CASE NO.: 2:23-cv-00137-APG-BNW |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| DEMETRIC DANARD SOLOMON, AN INDIVIDUAL; DOES 1-20 AND ROE BUSINESS ENTITIES 1-20, INCLUSIVE,, | |
| Defendants. | |

   IT IS HEREBY STIPULATED, Plaintiff Joyce Vickery hereby substitutes Tracy A. Eglet, Esq., and Artemus W. Ham, IV., Esq. of EGLET ADAMS EGLET HAM HENRIOD to represent her in the above-entitled matter in the place and stead of PRINCE LAW GROUP pursuant to LR IA 11-6.

   All future correspondence, notices and pleadings are to be directed to Tracy A. Eglet, Esq., and Artemus W. Ham, IV, Esq. of EGLET ADAMS EGLET HAM HENRIOD.

   Pursuant to LR IA 11-6(e), Plaintiff's previous counsel requested that the proceedings in this case be stayed for 90 days, as agreed to by the parties in the Stipulation and Order to Stay Proceedings pending before this Court. *See* Stipulation and Order to Stay Proceedings, attached

hereto as **Exhibit 1**. Currently, there is a due date of May 8, 2024, for the Joint Pretrial Order that this counsel will be unable to comply with.

The undersigned hereby agrees to the law firm EGLET ADAMS EGLET HAM HENRIOD being substituted as attorneys for Plaintiff, JOYCE VICKERY, in the place and stead of the law firm of PRINCE LAW GROUP.

DATED this 2nd day of May 2024.

_____
JOYCE VICKERY, PLAINTIFF

The undersigned hereby agrees to the law firm EGLET ADAMS EGLET HAM HENRIOD being substituted as attorneys for Plaintiff, JOYCE VICKERY, in the place and stead of the law firm of PRINCE LAW GROUP.

DATED this 2 day of May 2024.

PRINCE LAW GROUP

_____
COLIN P. CAVANAUGH
Nevada Bar No. 13842
KEVIN T. STRONG, ESQ.
Nevada Bar No. 12107
ANGELA M. LEE, ESQ.
Nevada Bar No. 14905
10801 W. Charleston Blvd, Suite 560
Las Vegas, NV 89135

2

The undersigned hereby agrees to the law firm Eglet Adams Eglet Ham Henriod being substituted as attorneys for Plaintiff, JOYCE VICKERY, in the place and stead of the law firm of PRINCE LAW GROUP.

DATED this 2 day of May 2024.

**EGLET ADAMS EGLET HAM HENRIOD**

_____
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
ARTEMUS W. HAM, IV., ESQ.
Nevada Bar No. 7001
400 South 7th Street, Suite 400
Las Vegas, Nevada 89101

IT IS SO ORDERED:

Dated: May 3, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3