# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOYCE VICKERY, | Case No.: 2:23-cv-00137-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| DEMETRIC DANARD SOLOMON, | |
| Defendant | |

I previously ordered that defendant Demetric Solomon's certificate of interested parties (ECF No. 2) be STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2) because the certificate did not identify Solomon's citizenship as required by the amendment to that rule. ECF No. 34. I ordered Solomon to file a proper certificate of interested parties by May 16, 2024. *Id.* He did not do so.

I THEREFORE ORDER defendant Demetric Solomon must file a proper certificate of interested parties by May 31, 2024. The failure to do so may result in sanctions against Solomon and his lawyer, including monetary sanctions and the striking of defenses.

DATED this 20th day of May, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE