Alex J. De Castroverde, Esq.
Nevada Bar No. 6950
Orlando De Castroverde, Esq.
Nevada Bar No. 7320
**DE CASTROVERDE LAW GROUP**
1149 S. Maryland Parkway
Las Vegas, Nevada 89104
Phone: (702) 241-5768
Facsimile: (702) 383-8741
Email: brandonn@dlgteam.com
*Attorney for Plaintiff*

Darrell D. Dennis, Esq.
Nevada Bar No. 6618
Michael R. Smith, Esq.
Nevada Bar No. 12641
**LEWIS BRISBOIS BISGAARD &
SMITH, LLP**
6385 S. Rainbow Blvd. Ste. 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Darrell.Dennis@LewisBrisbois.com
Email: Michael.R.Smith@LewisBrisbois.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOYCE VICKERY, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>DEMETRIC DANARD SOLMON, an individual; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>  Defendant. | CASE NO.:  2:23-cv-00137-APG-BNW<br><br>**JOINT PRETRIAL ORDER** |

After pretrial proceedings in this case,

IT IS ORDERED:

**I.**

This is an action for negligence.

Plaintiff seeks relief including general damages, special damages, attorney's fees and costs, interest at the statutory rate, and for any such other and further relief the Court deems just and proper.

Plaintiff is Joyce Vickery.

Defendant is Demetric Danard Solomon.

The event which gives rise to this action is an automobile/pedestrian collision which occurred in Clark County, Nevada on October 21, 2021.  Plaintiff alleges that as she was lawfully crossing Valley View Boulevard at a mib-block crosswalk north of the intersection of Valley View Boulevard and Flamingo Road, that she was struck by a motor vehicle operated by Defendant.  Plaintiff alleges that as a result of Defendant's negligence, that she sustained significant personal injuries including, but not limited to, broken right arm/elbow, broken leg, and broken pelvis.  Plaintiff alleges that she was required to undergo surgeries to repair the broken bones and hospital treatment as part of her recovery/rehabilitation.

Defendant denies he was negligent and liable for Plaintiff's injuries. Defendant further denies that Plaintiff is entitled to damages or any other relief.

**II.**

**Statement of Jurisdiction:**

Because this case is based upon diversity of citizenship jurisdiction under 28 U.S.C. §1332 and was therefore removed from state court through 28 U.S.C. §1441(b), jurisdiction is conferred upon this Court.

Specifically, Plaintiff was, at the time of the subject incident and at the time of filing of the State Court civil action, a resident of the Maricopa County, Arizona. Defendant was, at the time of the subject incident and at the time of filing of the State Court civil action, a resident of Hillsborough County, Florida.

**III.**

**The following facts are admitted by the parties and require no proof:**

None.

**IV.**

**The following facts, though not admitted, will not be contested at trial by evidence to the contrary:**

None.

**V.**

**The following are the issues of fact to be tried and determined at trial:**

**Plaintiff's Proposed Issues of Fact:**

1. Whether Plaintiff had the right-of-way when crossing Valley View Boulevard.

2. Whether Defendant failed to yield the right-of-way to Plaintiff.

3. Whether Defendant ran a red light.

4. Whether Plaintiff's injuries are proximately and directly related to Defendant's actions.

5. The value of Plaintiff's economic and non-economic damages.

**Defendant's Proposed Issues of Fact:**

1. Whether Plaintiff had the right-of-way when crossing Valley View Boulevard.

2. Whether Plaintiff acted legally in her crossing of Valley View Boulevard.

3. Whether Defendant had the ability to stop his vehicle when Plaintiff initiated her crossing of Valley View Boulevard.

4. Whether Defendant could have acted to avoid the subject event.

5. Whether Plaintiff's injuries are proximately and directly related to/caused by the subject event.

6. Whether Plaintiff's claimed damages are proximately and directly related to/caused by the subject event.

7. The value, if any, of Plaintiff's claimed economic and non-economic damages.

**VI.**

**The following are the issues of law to be tried and determined at trial:**

**Plaintiff's Proposed Issues of Law:**

1. Whether Defendant was negligent when approaching Plaintiff in the marked crosswalk on Valley View Boulevard.

2. Whether Defendant's negligence was the cause of Plaintiff damages.

3. Whether Defendant is liable for Plaintiff's damages.

4. The Jury is to decide the value of Plaintiff's economic and non-economic damages.

**Defendant's Proposed Issues of Law:**

1. Whether Defendant was negligent in causing/contributing to the cause of the subject event.

2. Whether Plaintiff was negligent in causing/contributing to the cause of the subject event.

3. Whether Plaintiff's actions in commencing the crossing of Valley View Boulevard was lawful.

4. Whether Defendant is liable for Plaintiff's claimed damages.

5. Whether Plaintiff's claimed damages are reasonable, necessary, and the result of the subject event.

6. The Jury is to decide the value of Plaintiff's economic and no-economic damages, is any.

**VII.**

**(a)  The following exhibits are stipulated into evidence in this case and may be so marked by the clerk**: *See* attached spreadsheets.

Attachment A, containing Plaintiff's exhibits and Defendants' objections thereto. "No Objection" indicates that admissibility of the exhibit is stipulated. "Objection but Stip to Authenticity" indicates that there is no stipulation as to admissibility, but there is stipulation as to authenticity.

Attachment B, containing Defendant's exhibits and Plaintiff's objections thereto. "No Objection" indicates that admissibility of the exhibit is stipulated. "Objection but Stip to Authenticity" indicates that there is no stipulation as to admissibility, but there is stipulation as to authenticity.

**(b) As to the following exhibits, the party against whom the same will be offered objects to their admission on the grounds stated**:

1. Defendants' objections to Plaintiff's exhibits, subject to further meet and confer efforts can be found on Attachment A, Plaintiff's List of Exhibits for Joint Pretrial Order.

2.  Defendants wish to admit all remaining documents that are not listed on Attachment A, Plaintiff's List of Exhibits for Joint Pretrial Order. Plaintiff objects to their admission under Federal Rules of Evidence 401, 403, 602, 801, 802, 805, 901.

3.  Plaintiff's objections to Defendant's exhibits, subject to further meet and confer efforts can be found on Attachment B, Defendant's List of Exhibits for Joint Pretrial Order.

4.  Plaintiff wishes to admit all remaining documents that are not listed on Attachment B, Defendant's List of Exhibits for Joint Pretrial Order. Defendant objects to their admission under Federal Rules of Evidence 401, 403, 602, 801, 802, 805, 901.

**(c) Electronic evidence:**

**Plaintiff's Statement:** Plaintiff intends to introduce evidence in electronic format to jurors for purposes of jury deliberations.

**Defendants' Statement:** Defendant intends to introduce evidence in electronic format to jurors for purposes of jury deliberations.

**(d) Depositions:**

1.  **Plaintiff will offer the following depositions:** Plaintiff reserves the rights under Rule 32 to use admissible testimony of the opposing parties for any purpose. Plaintiff also reserves the right to use admissible testimony provided in Plaintiff Joyce Vickery's deposition if needed. With respect to non-party depositions, the parties anticipate utilizing depositions as permitted under the Federal Rules of Evidence.

2. **Defendant will offer the following depositions:** Defendant reserves the rights under Rule 32 to use admissible testimony of the opposing parties for any purpose. Defendant also reserves the right to use admissible testimony provided in Plaintiff Joyce Vickery's deposition, Defendant Demetric Solomon's Deposition, and Las Vegas Metropolitan Police Department Officer Kircher's Deposition if needed. With respect to non-party depositions, the parties anticipate utilizing depositions as permitted under the Federal Rules of Evidence.

(e) **Objections to depositions:**

1. **Defendant objects to Plaintiff's depositions as follows:** Defendant objects to Plaintiff's designated depositions to the extent they are inadmissible in accordance with the Federal Rules of Evidence. Specific objections include FRE 401, 403, 602, 613, 701, 801, 802, 805, 901.

2. **Plaintiff objects to Defendant's depositions as follows:** Plaintiff objects to Defendant's designated depositions to the extent they are inadmissible in accordance with the Federal Rules of Evidence. Specific objections include FRE 401, 403, 602, 613, 701, 801, 802, 805, 901.

**VIII.**

**The following witnesses may be called by the parties at trial:**

(a) **Plaintiff's witnesses:**

| 1. | Joyce Vickery | c/o DE CASTROVERDE LAW GROUP 1149 South Maryland Pkwy Las Vegas, NV 89104 T: 702-241-5730 |
|----|---------------|------|
| 2. | Demetric Danard Solomon | c/o Michael Shirts |

|  |  |  | Lewis Brisbois Bisgaard & Smith, LLP<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, NV 89118<br>T: 702-893-3383 |
| --- | --- | --- | --- |
| 3. | Officer Stephen Kircher, Badge No. 3390 |  | c/o Las Vegas Metropolitan Police Department<br>400 S. Martin Luther King Blvd.<br>Las Vegas, NV 89101<br>T: 702-828-3111 |
| 4. | Rodney K. Vickery |  | 12799 S. 17th St.<br>Goodyear, AZ 85338<br>T: 623-231-8392 |
| 5. | Randa Bascharon, D.O., CIME |  | Orthopedic & Sports Medicine Institute of Las Vegas<br>7281 West Sahara Avenue, Suite 110<br>Las Vegas, NV 89117<br>T: 702-947-7790 |
| 6. | Kevin, Kuruvilla, M.D. |  | c/o University Medical Center<br>1800 W. Charleston Blvd.<br>Las Vegas, NV 89102<br>T: 702-383-2000 |
| 7. | Ian Joseph Isby, M.D. |  | c/o University Medical Center<br>1800 W. Charleston Blvd.<br>Las Vegas, NV 89102<br>T: 702-383-2000 |
| 8. | Arthur J Lyon, M.D. |  | c/o University Medical Center<br>1800 W. Charleston Blvd.<br>Las Vegas, NV 89102<br>T: 702-383-2000 |
| 9. | Disha B. Mehta, M.D. |  | c/o University Medical Center<br>1800 W. Charleston Blvd.<br>Las Vegas, NV 89102<br>T: 702-383-2000 |
| 10. | Robert Mercer, M.D. |  | c/o University Medical Center<br>1800 W. Charleston Blvd.<br>Las Vegas, NV 89102<br>T: 702-383-2000 |
| 11. | Gerald M. Sylvian, M.D. |  | c/o University Medical Center<br>1800 W. Charleston Blvd.<br>Las Vegas, NV 89102 |

| | | |
|---|---|---|
| | | T: 702-383-2000 |
| 12. | Taylor Schanda, M.D. | c/o University Medical Center<br>1800 W. Charleston Blvd.<br>Las Vegas, NV 89102<br>T: 702-383-2000 |
| 13. | Eric Robert McClintock, M.D. | c/o University Medical Center<br>1800 W. Charleston Blvd.<br>Las Vegas, NV 89102<br>T: 702-383-2000 |
| 14. | Sarah L. Xiao, M.D. | c/o University Medical Center<br>1800 W. Charleston Blvd.<br>Las Vegas, NV 89102<br>T: 702-383-2000 |
| 15. | Robert B. Birch, M.D. | c/o University Medical Center<br>1800 W. Charleston Blvd.<br>Las Vegas, NV 89102<br>T: 702-383-2000 |
| 16. | Ronald J. Knoblock, M.D. | c/o University Medical Center<br>1800 W. Charleston Blvd.<br>Las Vegas, NV 89102<br>T: 702-383-2000 |
| 17. | Fu Wang, M.D. | c/o University Medical Center<br>1800 W. Charleston Blvd.<br>Las Vegas, NV 89102<br>T: 702-383-2000 |
| 18. | Briann M. Parker, M.D. | c/o University Medical Center<br>1800 W. Charleston Blvd.<br>Las Vegas, NV 89102<br>T: 702-383-2000 |
| 19. | Nikhil Karanth, M.D. | c/o University Medical Center<br>1800 W. Charleston Blvd.<br>Las Vegas, NV 89102<br>T: 702-383-2000 |
| 20. | Elif Nahas, M.D. | St. Rose Dominican Hospital – Siena Campus<br>3001 St. Rose Parkway<br>Henderson, NV 89052<br>T: 702-616-5000 |
| 21. | Matthew Ripplinger, M.D. | St. Rose Dominican Hospital – Siena Campus |

| | | 3001 St. Rose Parkway<br>Henderson, NV 89052<br>T: 702-616-5000 |
|---|---|---|
| 22. | Katherine McClanahan, M.D. | St. Rose Dominican Hospital – Siena Campus<br>3001 St. Rose Parkway<br>Henderson, NV 89052<br>T: 702-616-5000 |
| 23. | Daphne Wong, M.D. | St. Rose Dominican Hospital – Siena Campus<br>3001 St. Rose Parkway<br>Henderson, NV 89052<br>T: 702-616-5000 |
| 24. | Kevin Slaughter, M.D. | St. Rose Dominican Hospital – Siena Campus<br>3001 St. Rose Parkway<br>Henderson, NV 89052<br>T: 702-616-5000 |
| 25. | Tiffany Wright, APRN | St. Rose Dominican Hospital – Siena Campus<br>3001 St. Rose Parkway<br>Henderson, NV 89052<br>T: 702-616-5000 |
| 26. | Nader H Beheshti, M.D. | St. Rose Dominican Hospital – Siena Campus<br>3001 St. Rose Parkway<br>Henderson, NV 89052<br>T: 702-616-5000 |
| 27. | Jason Teague, AMR<br>Number: 55340 | AMR Las Vegas<br>7201 W. Post Rd,<br>Las Vegas, NV 89113<br>T: 702-384-3400 |
| 28. | Cristopher Hill, AMR<br>Number: 108871 | AMR Las Vegas<br>7201 W. Post Rd,<br>Las Vegas, NV 89113<br>T: 702-384-3400 |
| 29. | Nathaniel Collins, AMR<br>Number: 102717 | AMR Las Vegas<br>7201 W. Post Rd,<br>Las Vegas, NV 89113<br>T: 702-384-3400 |

| 30. | Richard N. Wullf, M.D. | University Medical Center<br>1800 W. Charleston Blvd.<br>Las Vegas, NV 89102<br>T: 702-383-2347<br>And<br>Orthopedic Specialists of Nevada<br>3233 West Charleston Boulevard, Ste. 101<br>Las Vegas, Nevada 89102<br>(702) 410-8460 |
| --- | --- | --- |
| 31. | Casiano R. Flaviano, M.D. | Dignity Health Rehabilitation Hospital<br>2930 Siena Heights Dr.<br>Henderson, NV 89052<br>T: 725-726-2000 |
| 32. | Officer C. Brown,<br>Badge No. 18270 | c/o Las Vegas Metropolitan Police Department<br>400 S. Martin Luther King Blvd.<br>Las Vegas, NV 89101<br>T: 702-828-3111 |
| 33. | Kevin Mounts, Director of Security | M Resort Spa Casino<br>12300 Las Vegas Blvd. S.<br>Henderson, NV 89044<br>T: 702-797-1000 |
| 34. | Robin Orrells | Assistant Director of Security and Surveillance<br>3700 W. Flamingo Rd.<br>Las Vegas, NV 89109<br>T: 702-777-6829 |
| 35. | Alexis Carter, AMR<br>Number:  112281 | AMR Las Vegas<br>7201 W. Post Rd,<br>Las Vegas, NV 89113<br>T: 702-384-3400 |

**(b) Defendant's witnesses:**

| 1. | Joyce Vickery | c/o DE CASTROVERDE LAW GROUP<br>1149 South Maryland Pkwy<br>Las Vegas, NV 89104<br>T: 702-241-5730 |
| --- | --- | --- |

| 2. | Demetric Danard Solomon | c/o Michael Shirts<br>Lewis Brisbois Bisgaard & Smith, LLP<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, NV 89118<br>T: 702-893-3383 |
|----|-------------------------|--------------------------------------------------------------------------------------------------------------------------------------------------|
| 3. | Officer Stephen Kircher,<br>Badge No. 3390 | c/o Las Vegas Metropolitan Police Department<br>400 S. Martin Luther King Blvd.<br>Las Vegas, NV 89101<br>T: 702-828-3111 |
| 4. | Patrick D. Stadler | Momentum Engineering Corp.<br>3960 Howard Hughes Pkwy, Suite 500<br>Las Vegas, NV 89169<br>T: 310-618-8017 |

Insert text here

## IX.

**The attorneys or parties have met and jointly offer these three trial dates:**

<u>April 7th, 2025</u>          <u>May 5th, 2025</u>          <u>June 2nd, 2025</u>

It is expressly understood by the undersigned that the court will set the trial of this matter on one of the agreed-upon dates if possible; if not, the trial will be set at the convenience of the court's calendar.

## X.

It is estimated that the trial will take a total of 5 days.

APPROVED AS TO FORM AND CONTENT:

DATED this <u>30th</u> day of October, 2024.          DATED this <u>30th</u> day of October, 2024

**DE CASTROVERDE LAW GROUP**          **LEWIS BRISBOIS BISGAARD & SMITH, LLP**

By: <u>/s/</u> Orlando De Castroverde          By: <u>/s/</u> Michael R. Smith

Orlando De Castroverde, Esq.
Nevada Bar No. 7320
Brandonn Grossman, Esq.
Nevada Bar No. 14530
1149 S. Maryland Pkwy
Las Vegas, NV 89104
*Attorneys for Plaintiff*

Darrell D. Dennis, Esq.
Nevada Bar No. 6618
Michael R. Smith, Esq.
Nevada Bar No. 12641
Attorney for Defendant
6385 S. Rainbow Blvd. Ste. 600
Las Vegas, NV 89118
*Attorneys for Defendant*

**XI.**
ACTION BY THE COURT

This case is placed on the April 7, 2025 Trial Stack.

Jury trial on April 7, 2025 at 9:00 a.m. in Courtroom 6C.

Calendar call on April 1, 2025 at 9:00 a.m. in Courtroom 6C.

DATED:    October 31, 2024.

_____
UNITED STATES DISTRICT JUDGE

"ATTACHMENT A"

Alex J. De Castroverde, Esq.
Nevada Bar No. 6950
Orlando De Castroverde, Esq.
Nevada Bar No. 7320
**DE CASTROVERDE LAW GROUP**
1149 S. Maryland Parkway
Las Vegas, Nevada 89104
Phone: (702) 241-5768
Facsimile: (702) 383-8741
Email: brandonn@dlgteam.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOYCE VICKERY, an individual, | CASE NO.: 2:23-cv-00137-CDS-BNW |
| Plaintiff, | |
| v. | **"ATTACHMENT A" TO:** <br> **JOINT PRETRIAL ORDER** |
| DEMETRIC DANARD SOLMON, an individual; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, | |
| Defendant. | |

| EX. # | Start Bates | End Bates | Document Title | Objection/Stipulation |
|---|---|---|---|---|
| 1. | PLTF000001 | PLTF000009 | State of Nevada Traffic Crash Report and Voluntary Statement | No objection. |
| 2. | N/A | N/A | Las Vegas Metro Police Department Bodycam Footage | No objection. |
| 3. | PLTF000010 | PLTF000019 | University Medical Center, billing statement for date of service 10/21/2021 through 10/31/2021 | No objection. |

Page **1** of 7

| 4. | PLTF000020 | PLTF000021 | Sound Physicians, billing statement with Certificate of Custodian of Records for dates of service 10/23/2021 through 10/31/2021 | No objection. |
|---|---|---|---|---|
| 5. | PLTF000022 | PLTF000025 | Desert Radiology, medical records for date of service 02/28/2022 | No objection. |
| 6. | PLTF000026 | PLTF000026 | Monos Health, billing statement for date of service 02/08/2022 | No objection. |
| 7. | PLTF000027 | PLTF000037 | University Medical Center, updated billing statement with Notarized Custodian of Records for dates of service 10/21/2021 through 10/31/2021 | No objection. |
| 8. | PLTF000038 | PLTF000045 | Desert Radiology Solutions, updated billing statement with Notarized Custodian of Records for dates of service 10/21/2021 through 10/31/2021 | No objection. |
| 9. | PLTF000046 | PLTF000084 | Desert Radiology Solutions, updated medical records with Notarized | No objection. |

| | | | | |
|---|---|---|---|---|
| | | | Custodian of Records for dates of service 10/21/2021 through 02/28/2022 | |
| 10. | PLTF000085 | PLTF000085 | Desert Radiology Solutions, Certificate of Imaging Records for dates of service 10/21/2021 – 10/31/2021 | No objection. |
| 11. | PLTF000086 | PLTF000144 | Monos Health, updated medical records and billing statement with Notarized Custodian of Records for date of service 02/08/2022 | No objection. |
| 12. | PLTF000145 | PLTF000182 | Orthopaedic Specialists of Nevada, updated medical records and billing statement with Custodian of Records for dates of service 10/22/2021 through 03/04/2022 | No objection. |
| 13. | PLTF000183 | PLTF000224 | Dignity Health Physical Therapy, billing statement with Notarized Custodian of Records for dates of service 10/31/2021 through 01/20/2022 | No objection. |

| | | | | |
|---|---|---|---|---|
| 14. | PLTF000225 | PLTF000412 | Monos Health, updated medical records for dates of service 02/08/2022 | No objection. |
| 15. | PLTF000413 | PLTF000418 | UNLV Health, billing statement with Custodian of Records for dates of service 10/21/2021 through 10/23/2021 | No objection. |
| 16. | PLTF000419 | PLTF000421 | UNLV Health, Custodian of No Records found | No objection. |
| 17. | PLTF000422 | PLTF000427 | Laboratory Medicine Consultants Pathology Services, Custodian of No Records found | No objection. |
| 18. | PLTF000428 | PLTF000430 | Laboratory Medicine Consultants Pathology Services, billing statement for dates of service 10/21/2021 through 10/29/2021 | No objection. |
| 19. | PLTF000431 | PLTF000434 | Clark County Fire Department, medical records with Notarized Custodian of Records for date of service 10/21/2021 | No objection. |
| 20. | PLTF000435 | PLTF000435 | University Medical Center, | No objection. |

| | | | Certification of Radiology Imaging | |
|---|---|---|---|---|
| 21. | PLTF000436 | PLTF001406 | University Medical Center, medical records with Certification of Medical Records for dates of service 10/21/2021 through 10/31/2021 | No objection. |
| 22. | PLTF001407 | PLTF004799 | Dignity Health Physical Therapy, medical records for dates of service 10/31/2021 through 01/20/2022 | No objection. |
| 23. | PLTF004800 | PLTF004801 | American Medical Response, billing statement for dates of service 10/21/2021 through 01/24/2022 | No objection. |
| 24. | PLTF004802 | PLTF004825 | American Medical Response, medical records with Notarized Custodian of Records for dates of service 10/21/2021 through 01/24/2022 | No objection. |
| 25. | PLTF004826 | PLTF004826 | ATI Physical Therapy, billing statement for dates of service 03/14/2022 through 03/17/2022 | No objection. |

| | | | | |
|---|---|---|---|---|
| 26. | PLTF004827 | PLTF004850 | ATI Physical Therapy, medical records with Certification of Medical Records for dates of service 03/14/2022 through 04/08/2022 | No objection. |
| 27. | PLTF004851 | PLTF004851 | The Rio All-Suite-Hotel & Casino surveillance video of the subject incident **Disclosed by Dropbox – Plaintiff's 2nd Supplemental Disclosure per FRCP 26 (a)(1) on 9/5/2023 | No objection. |
| 28. | PLTF004852 | PLTF004856 | St. Rose Dominican Hospital – Siena Campus, billing statement for dates of service 12/10/2021 through 01/25/2022 | No objection. |
| 29. | PLTF004857 | PLTF005205 | St. Rose Dominican Hospital – Siena Campus, medical records with Certification of Custodian of Records for dates of service 12/10/2021 through 01/25/2022 | No objection. |

| | | | | |
|---|---|---|---|---|
| 30. | PLTF005206 | PLTF005206 | One (1) color photo of Plaintiff's right arm scar | No objection. |
| 31. | PLTF005207 | PLTF005207 | One (1) color photo of Plaintiff's right leg scar | No objection. |
| 32. | PLTF005207 | PLTF005578 | Non-Party, Progressive Direct Insurance Company's Response to Subpoena to Produce Documents, Information and Objection with Affidavit of Custodian of Records | No objection. |
| 33. | PLTF005579 | PLTF005579 | St. Rose Dominican Hospital – Siena Campus, Notarized Custodian of Records for radiology imaging | No objection. |

"ATTACHMENT B"

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Darrell D. Dennis, Esq.
Nevada Bar No. 6618
Michael R. Smith, Esq.
Nevada Bar No. 12641
6385 S. Rainbow Blvd. Ste. 600
Las Vegas, NV 89118
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOYCE VICKERY, an individual, | CASE NO.:  2:23-cv-00137-CDS-BNW |
| Plaintiff, | **"ATTACHMENT B" TO: JOINT PRETRIAL ORDER** |
| v. | |
| DEMETRIC DANARD SOLMON, an individual; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, | |
| Defendant. | |

| EX. # | Start Bates | End Bates | Document Title | Objection/Stipulation |
|---|---|---|---|---|
| 1. | DEF000001 | DEF000004 | Plaintiff's Complaint, filed with the Eighth Judicial District Court for the State of Nevada on November 18, 2022 | No objection. |
| 2. | DEF000005 | DEF000009 | Defendants' Answer to Plaintiff's Complaint, filed with the Eighth Judicial District Court for the State of Nevada on December 29, 2022 | No objection. |
| 3. | DEF000010 | DEF000026 | Defendant's Petition for Removal filed in the United States | No objection. |

| | | | District Court for the District of Nevada | |
|---|---|---|---|---|
| 4. | DEF000027 | DEF000035 | State of Nevada Traffic Accident Report for Event Number LLV211000087236 | No objection. |
| 5. | DEF000036 | DEF000037 | Redacted GEICO Casualty Company Policy No. 6074-74-69-57, in force between July 31, 2021 to January 31, 2022 | Objection. The proposed documents are irrelevant, lack foundation, and are otherwise inadmissible FRCP 402. |
| 6. | DEF000038 | DEF000063 | GEICO Casualty Company Florida Family Automobile Insurance Policy | Objection. The proposed documents are irrelevant, lack foundation, and are otherwise inadmissible FRCP 402. |
| 7. | DEF000064 | DEF000072 | Fox Rent A Car Rental Agreement and Accident Report | Objection. The proposed documents are hearsay, per FRCP 801 and 802. |
| 8. | DEF000073 | DEF000076 | Fox Rent A Car vehicle photographs | Objection. The proposed documents are hearsay, per FRCP 801 and 802. |
| 9. | DEF MEC 0001 | DEF MEC 0015 | Accident Reconstruction Report, Patrick D. Stadler, BSME, ACTAR | Objection. The proposed documents are hearsay, per FRCP 801 and 802. |
| 10. | DEF MEC 0016 | DEF MEC 0020 | Curriculum Vitae and Testimony History for Patrick Stadler, BSME, ACTAR | Objection. The proposed documents are hearsay, per FRCP 801 and 802. |
| 11. | DEF MEC 0021 | DEF MEC 0022 | Fee Schedule for Momentum Engineering Corp. | Objection. The proposed documents are hearsay, per FRCP 801 and 802. |

| 12. | DEF MEC 0023 | DEF MEC 0026 | Accident Reconstruction Report Supplement, Patrick D. Stadler, BSME, ACTAR | Objection. The proposed documents are hearsay, per FRCP 801 and 802. |
|-----|--------------|--------------|---------------------------------------------------------------------------|----------------------------------------------------------------------|

**Sohamy L. Tejada**

---

| | |
|---|---|
| **From:** | Smith, Michael R. (LV) <Michael.R.Smith@lewisbrisbois.com> |
| **Sent:** | Wednesday, October 30, 2024 4:21 PM |
| **To:** | Sohamy L. Tejada; Dennis, Darrell; Halas, Cynthia; Millero, Alexia |
| **Cc:** | Orlando De Castroverde; Piero Caceres; Brandonn Grossman |
| **Subject:** | RE: Vickery v Solomon Joint Pretrial Order ** Urgent- Deadline Today |

> **CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

Good afternoon.

This is fine to submit to the Court.

-Michael



**Michael R. Smith**
**Partner**
**Michael.R.Smith@lewisbrisbois.com**

**T: 702.830.9017 F: 702.366.9563**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Sohamy L. Tejada <Sohamy@dlgteam.com>
**Sent:** Wednesday, October 30, 2024 4:18 PM
**To:** Smith, Michael R. (LV) <Michael.R.Smith@lewisbrisbois.com>; Dennis, Darrell <Darrell.Dennis@lewisbrisbois.com>; Halas, Cynthia <Cynthia.Halas@lewisbrisbois.com>; Millero, Alexia <Alexia.Millero@lewisbrisbois.com>
**Cc:** Orlando De Castroverde <orlando@dlgteam.com>; Piero Caceres <piero@dlgteam.com>; Brandonn Grossman <Brandonn@dlgteam.com>
**Subject:** RE: Vickery v Solomon Joint Pretrial Order ** Urgent- Deadline Today

| EXTERNAL |
|---|

Good afternoon,