**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOYCE VICKERY, | Case No.: 2:23-cv-00137-APG-BNW |
| Plaintiff | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| DEMETRIC DANARD SOLOMON, | |
| Defendant | |

On January 27, 2025, the parties notified the court that this case had settled. ECF No. 58. Several months have passed and the parties have not filed a stipulation of dismissal.

I THEREFORE ORDER that by June 17, 2025, the parties file a stipulation of dismissal or a status report. The failure to do so may result in dismissal of this case without further warning.

DATED this 3rd day of June, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE