**SAO**
Alex J. De Castroverde
Nevada Bar No. 6950
Orlando De Castroverde
Nevada Bar No. 7320
**DE CASTROVERDE LAW GROUP**
1149 South Maryland Pkwy
Las Vegas, NV 89104
Tel: 702.222.9999
Fax: 702.383.8741
Email: orlando@decastroverdelaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| JOYCE VICKERY,<br><br>     Plaintiff,<br><br>v.<br><br>DEMETRIC DANARD SOLOMON; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>     Defendants. | CASE NO.: 2:23-cv-00137-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT DEMETRIC DANARD SOLOMON** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, by and through counsel of record, Orlando De Castroverde, Esq., and Defendant, by and through counsel of record, Michael Smith, Esq., of the The Law Offices of Lewis Brisbois Bisgaard & Smith, LLP, that the above entitled matter may be dismissed, with prejudice, with each of the parties to pay their own fees and costs incurred therein.

1

1
2   IT IS SO STIPULATED AND AGREED.
3   Respectfully submitted by:                Approved as to form and content:
4
5   Dated this __10th__ day of June, 2025     Dated this __10th__ day of June, 2025
6   **DE CASTROVERDE LAW GROUP**              **Lewis Brisbois Bisgaard & Smith, LLP**
7
8
9   _/s/ Orlando De Castroverde_____         __/s/ Michael R. Smith_____
    Orlando De Castroverde                    Michael R. Smith
10  Nevada Bar No. 7320                       Nevada Bar No.12641
    1149 South Maryland Parkway               6385 S. Rainbow Blvd.
11  Las Vegas, Nevada 89104                   Ste. 600
    *Attorneys for Plaintiff*                 Las Vegas, NV 89118
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case Name: Vickery v. Solomon
Case No.: 2:23-cv-00137-APG-BNW

**ORDER**

IT IS SO ORDERED this 11th day of June, 2025. Case number 2:23-cv-00137-APG-BNW, is Dismissed, With Prejudice, with each side bearing their own fees and costs.

DATED this 11th day of June, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:
DE CASTROVERDE LAW GROUP

 /s/ Orlando De Castroverde
Orlando De Castroverde
Nevada Bar No. 7320
1149 South Maryland Parkway
Las Vegas, Nevada 89104

3